**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Eela Dubey,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**Dhananjaysinh Chudasama,**<br><br>**Defendant.** | **1:26-cv-03389 (DEH) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiff, and for the reasons stated on the record, it is hereby ORDERED that Plaintiff shall file her motion for an extension of time, pursuant to Federal Rule of Civil Procedure 4(m), no later than August 7, 2026.

**SO ORDERED.**

Dated: New York, New York
July 29, 2026

STEWART D. AARON
United States Magistrate Judge